UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER COX, IN HIS CAPACITY AS THE INDEPENDENT EXECUTOR OF THE SUCCESSION OF RALEIGH LEE COX**<br><br>Plaintiff<br><br>**VERSUS**<br><br>**NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION**<br><br>Defendant | **CIVIL ACTION NO. 18-857-JWD-EWD**<br><br><br>**JUDGE JOHN DEGRAVELLES**<br><br><br><br>**MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Christopher Cox, in his capacity as the Independent Executor of the Succession of Raleigh Lee Cox, who moves this Honorable Court to allow Ryan E. Johnson (Bar Roll No. 26352) and Blayne Trevor Wilson (Bar Roll No. 31366), both of Jones Walker LLP, to enroll as additional counsel of record for Christopher Cox, in his capacity as the Independent Executor of the Succession of Raleigh Lee Cox.  The granting of this motion will in no way delay the resolution of this matter.

**WHEREFORE,** Plaintiff, Christopher Cox, in his capacity as the Independent Executor of the Succession of Raleigh Lee Cox, prays that an Order be issued enrolling Ryan E. Johnson and Blayne Trevor Wilson as additional Counsel of Record in this matter.

Respectfully submitted,

*/s/ Henry S. Rauschenberger*
Ryan E. Jonson (Bar Roll No. 26352) (Lead Attorney)
Blayne Trevor Wilson (Bar Roll No. 31366)
F. Gibbons Addison (La. Bar. No. 35426)
Henry S. Rauschenberger (La. Bar. No. 37834)

{B1261008.1}

>Jones Walker LLP
>Four United Plaza, Fifth Floor
>8555 United Plaza Blvd., 5th floor
>Baton Rouge, LA  70809
>Telephone: (225) 248-2060
>Facsimile:  (225) 248-3160
>Email: gaddison@joneswalker.com
>Email: hrauschenberger@joneswalker.com
>***Attorneys for Plaintiff, Christopher Cox, in His Capacity as the Independent Executor of the Succession of Raleigh Lee Cox***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

This, the 18th day of February, 2019.

>*/s/ Henry S. Rauschenberger*
>Henry S. Rauschenberger

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER COX, IN HIS CAPACITY AS THE INDEPENDENT EXECUTOR OF THE SUCCESSION OF RALEIGH LEE COX**<br><br>Plaintiff<br><br>**VERSUS**<br><br>**NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION**<br><br>Defendant | **CIVIL ACTION NO. 18-857-JWD-EWD**<br><br><br>**JUDGE JOHN DEGRAVELLES**<br><br><br><br>**MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## **ORDER**

Considering the Plaintiff's, Christopher Cox, in his capacity as the Independent Executor of the Succession of Raleigh Lee Cox, Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED THAT** the motion is granted and Ryan E. Johnson (Bar Roll No. 26352) and Blayne Trevor Wilson (Bar Roll No. 31366), both of Jones Walker LLP, are hereby enrolled as additional counsel of record for Christopher Cox, in his capacity as the Independent Executor of the Succession of Raleigh Lee Cox.

Baton Rouge, Louisiana, this _____ day of _____, 2019.

_____
JUDGE

{B1261008.1}